THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BRIAN VANDERHEYDEN, individually and on his marital community's behalf;

Plaintiff,

v.

ADT COMMERCIAL, LLC,

Defendant.

NO:  2:22-cv-01024-TL

**STIPULATION AND PROPOSED ORDER TO EXTEND THE ANSWER DEADLINE TO PLAINTIFFS' AMENDED COMPLAINT**

**NOTING DATE: AUGUST 22, 2022**

## STIPULATION

Pursuant to LCR 7(j), the undersigned parties hereby stipulate to extend the deadline for Defendants to file their responsive pleading to Plaintiff's Complaint, to September 6, 2022, without waiver of any defenses, including but not limited to, those set forth in Federal Rule of Civil Procedure 12.

//

//

//

//

//

STIP AND PROP ORDER TO EXTEND THE ANSWER DEADLINE (22-01024) - Page 1

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 44986604.1

1      DATED this 22nd day of August, 2022.

2

3    FISHER & PHILLIPS LLP         WESTERN WASHINGTON LAW GROUP

4    By: */s/ Catharine M. Morisset*       By: */s/ Robert J. Cadranell (per authorization)*

5    Catharine M. Morisset, WSBA #29682   Dennis J. McGlothin, WSBA #28177
     Ryan R. Jones, WSBA #52566         Robert Cadranell, WSBA #41773

6    cmorisset@fisherphillips.com        WESTERN WASHINGTON LAW GROUP,
     rrjones@fisherphillips.com          PLLC

7    FISHER & PHILLIPS LLP          121 Lake Street, Suite 200

8    1201 Third Avenue, Suite 2750      Kirkland, Washington 98033
     Seattle, WA  98101              Telephone: (425) 728-7296

9    (206) 682-2308 TEL            Facsimile: (425) 955-5300
     (206) 682-7908 FAX           Email: docs@westwalaw.com

10   *Attorneys for Defendants*              robert@westwalaw.com
                                             *Attorneys for Plaintiff*

11

12

13                             **ORDER**

14      Based on the foregoing Stipulation, it is hereby ORDERED that Defendants' deadline

15 to file a responsive pleading is extended to September 6, 2022.

16      Entered this <u>23rd</u> day of <u>August</u> 2022.

17

18                           _____

19                           Tana Lin
                            United States District Judge

20

21

22

23

24

25

26

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 44986604.1

1

2                                    **CERTIFICATE OF SERVICE**

3            The undersigned hereby certifies under the laws of the state of Washington that on the

4    date written below, I caused a true and correct copy of the foregoing document to be filed with

5    the Clerk of the Court using the CM/ECF system, which will send notification of such filing to

6    the following:

7        Dennis J. McGlothin, WSBA #28177
         Robert Cadranell, WSBA #41773
8        WESTERN WASHINGTON LAW GROUP, PLLC
9        121 Lake Street, Suite 200
         Kirkland, Washington 98033
10       Telephone: (425) 728-7296
         Facsimile: (425) 955-5300
11       Email: docs@westwalaw.com
                robert@westwalaw.com
12

13       *Attorneys for Plaintiff*

14           Executed on August 22, 2022, in accordance with 28 USC 1746.

15

16                                         _____
                                           Jazmine Matautia, Legal Assistant

17

18

19

20

21

22

23

24

25

26

STIP AND PROP ORDER TO EXTEND THE ANSWER                    FISHER & PHILLIPS LLP
DEADLINE (22-01024) - Page 3                           1700 7TH AVENUE, SUITE 2200
                                                            SEATTLE, WA 98101
                                               Phone: (206) 682-2308 Fax: (206) 682-7908

FP 44986604.1