THE HONORABLE TANA LIN

1

2

3

4

5

6

7         UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
8

9  BRIAN VANDERHEYDEN, individually and          NO:  2:22-cv-01024-TL
   on his marital community's behalf;
10
                  Plaintiff,                      **STIPULATION AND PROPOSED**
11                                                **ORDER TO EXTEND THE ANSWER**
        v.                                        **DEADLINE TO PLAINTIFF'S**
12                                                **COMPLAINT**
   ADT COMMERCIAL, LLC,
13                                                 **NOTING DATE: SEPTEMBER 6,**
                  Defendant.                      **2022**
14

15

16                              **STIPULATION**

17         Pursuant to LCR 7(j), the undersigned parties hereby stipulate to extend the deadline for

18  Defendant to file its answer to Plaintiff's Complaint, to September 13, 2022, without waiver of

19  any defenses, including but not limited to, those set forth in Federal Rule of Civil Procedure 12.

20  //

21  //

22  //

23  //

24  //

25

26

STIP AND PROP ORDER TO EXTEND THE ANSWER
DEADLINE (22-01024) - Page 1

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 45140789.1

1    DATED this 6th day of September, 2022.

2
     FISHER & PHILLIPS LLP              WESTERN WASHINGTON LAW GROUP
3

4    By: */s/ Catharine M. Morisset*        By: *s/ Robert Cadranell (with permission)*____
     Catharine M. Morisset, WSBA #29682     Dennis J. McGlothin, WSBA #28177
5    Ryan R. Jones, WSBA #52566             Robert Cadranell, WSBA #41773
6    cmorisset@fisherphillips.com           WESTERN WASHINGTON LAW GROUP,
     rrjones@fisherphillips.com             PLLC
7    FISHER & PHILLIPS LLP                  121 Lake Street, Suite 200
     1201 Third Avenue, Suite 2750          Kirkland, Washington 98033
8    Seattle, WA  98101                     Telephone: (425) 728-7296
9    (206) 682-2308 TEL                     Facsimile: (425) 955-5300
     (206) 682-7908 FAX                     Email: docs@westwalaw.com
10   *Attorneys for Defendants*                      robert@westwalaw.com
                                            *Attorneys for Plaintiff*
11

12

13                              **<u>ORDER</u>**

14       Based on the foregoing Stipulation, it is hereby ORDERED that Defendants' deadline

15   to file an answer is extended to September 13, 2022.

16       Entered this <u>7th</u> day of <u>September</u> 2022.

17

18

19                                      Tana Lin
                                        United States District Judge
20

21

22

23

24

25

26

STIP AND PROP ORDER TO EXTEND THE ANSWER
DEADLINE (22-01024) - Page 2

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 45140789.1

1

## CERTIFICATE OF SERVICE

2          The undersigned hereby certifies under the laws of the state of Washington that on the

3    date written below, I caused a true and correct copy of the foregoing document to be filed with

4    the Clerk of the Court using the CM/ECF system, which will send notification of such filing to

5    the following:

6    Dennis J. McGlothin, WSBA #28177
     Robert Cadranell, WSBA #41773
7    WESTERN WASHINGTON LAW GROUP, PLLC
8    121 Lake Street, Suite 200
     Kirkland, Washington 98033
9    Telephone: (425) 728-7296
     Facsimile: (425) 955-5300
10   Email: docs@westwalaw.com
             robert@westwalaw.com
11

12   *Attorneys for Plaintiff*

13          Executed on September 6, 2022, in accordance with 28 USC 1746.

14

15   _____
     Jazmine Matautia, Legal Assistant
16

17

18

19

20

21

22

23

24

25

26

STIP AND PROP ORDER TO EXTEND THE ANSWER
DEADLINE (22-01024) - Page 3

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 45140789.1