THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN VANDERHEYDEN, individually and on his marital community's behalf;<br><br>Plaintiff,<br><br>v.<br><br>ADT COMMERCIAL, LLC,<br><br>Defendant. | NO: 2:22-cv-01024-TL<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO EXTEND DISCOVERY RELATED DEADLINES**<br><br>NOTING DATE: APRIL 24, 2023 |

## STIPULATION

Pursuant to Judge Lin's Standing Order for All Civil Cases, the Parties have agreed to move the following deadlines:

All Motions related to discovery must be filed by: Change to May 3, 2023.

Discovery completed by: Change to June 8, 2023

The Parties request the Clerk to reset the deadlines as noticed:

//

//

//

//

//

//

STIP AND ~~PROP~~ ORDER TO EXTEND THE
DISCOVERY MOTION DEADLINE (22-01024) - Page 1

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 46949093.1

DATED this 24th day of April, 2023.

| FISHER & PHILLIPS LLP | WESTERN WASHINGTON LAW GROUP |
|---|---|
| By: */s/ Catharine M. Morisset* <br> Catharine M. Morisset, WSBA #29682 <br> Ryan R. Jones, WSBA #52566 <br> FISHER & PHILLIPS LLP <br> 1201 Third Avenue, Suite 2750 <br> Seattle, WA  98101 <br> (206) 682-2308 TEL <br> (206) 682-7908 FAX <br> Email: cmorisset@fisherphillips.com <br> Email: rrjones@fisherphillips.com <br> *Attorneys for Defendants* | By: *s/ Dennis J. McGlothin (with permission)* <br> Dennis J. McGlothin, WSBA #28177 <br> Robert Cadranell, WSBA #41773 <br> WESTERN WASHINGTON LAW GROUP, PLLC <br> 121 Lake Street, Suite 200 <br> Kirkland, Washington 98033 <br> Telephone: (425) 728-7296 <br> Facsimile: (425) 955-5300 <br> Email: docs@westwalaw.com <br> robert@westwalaw.com <br> *Attorneys for Plaintiff* |

## **ORDER**

Based on the foregoing Stipulation, it is hereby ORDERED that the deadline to file all motions related to discovery must be filed by May 3, 2023 and discovery completed by June 8, 2023.

Entered this 25th day of April 2023.

_____
Tana Lin
United States District Judge

STIP AND ~~PROP~~ ORDER TO EXTEND THE DISCOVERY MOTION DEADLINE (22-01024) - Page 2

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 46949093.1