THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN VANDERHEYDEN, individually and on his marital community's behalf;<br><br>Plaintiff,<br><br>v.<br><br>ADT COMMERCIAL, LLC,<br><br>Defendant. | NO: 2:22-cv-01024-TL<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER EXTEND DISCOVERY DEPOSITIONS**<br><br>**NOTING DATE: November 22, 2023** |

## STIPULATION

The parties, through their undersigned counsel, hereby request an Order permitting the discovery depositions of witness, Mike Cunningham and to the extent necessary, a FRCP 30(b)(6) deposition of Defendant ADT Commercial, LLC, after the current discovery deadline of November 22, 2023. The parties believe good cause exists for the Court to modify its June 15, 2023, Order Resetting Jury Trial Date and Related Dates because this modification does not require the continuance of the discovery deadline overall and has no effect on the current trial date. Currently, the parties are working to complete discovery but due to the availability of Mr. Cunningham and the coming holidays, the parties would like the ability to conduct these depositions past the November 22, 2023, discovery deadline.

/ / /

/ / /

STIP AND ~~PROP~~ ORDER TO EXTEND THE
DISCOVERY MOTION DEADLINE (22-01024) - Page 1

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 48837676.1

1  After Mr. Cunningham is deposed, Plaintiff will evaluate whether FRCP 30(b)(6) will
2  need to be taken as to any topics. In addition, the parties intend to use the additional time
3  afforded by these continued depositions to explore early resolution further.

4  Pursuant to LCR 16(b)(6) and 7(j), the undersigned counsel certify that their clients have
5  been advised of this motion to continue depositions as well as the basis for the motion and that
6  their clients agree with the motion.

7  Pursuant to Judge Lin's Standing Order for All Civil Cases, the parties have agreed to
8  the following modifications to the June 15, 2023, Order Resetting Jury Trial and Related Dates:

- Discovery is extended to January 12, 2024, for the sole purpose of deposing Mike Cunningham, and if necessary to complete the FRCP 30(b)(6) deposition of Defendant. No other deadlines are continued. The parties request the Court to modify the discovery deadline accordingly.

DATED this 22nd day of November, 2023.

| FISHER & PHILLIPS LLP | WESTERN WASHINGTON LAW GROUP |
|---|---|
| By: /s/ Catharine M. Morisset<br>Catharine M. Morisset, WSBA #29682<br>Ryan R. Jones, WSBA #52566<br>FISHER & PHILLIPS LLP<br>1700 Seventh Avenue, Suite 2200<br>Seattle, WA  98101<br>(206) 682-2308 TEL<br>(206) 682-7908 FAX<br>Email: cmorisset@fisherphillips.com<br>Email: rrjones@fisherphillips.com<br>*Attorneys for Defendants* | By: s/ Dennis J. McGlothin (with permission)<br>Dennis J. McGlothin, WSBA #28177<br>Robert Cadranell, WSBA #41773<br>WESTERN WASHINGTON LAW GROUP, PLLC<br>121 Lake Street, Suite 200<br>Kirkland, Washington 98033<br>Telephone: (425) 728-7296<br>Facsimile: (425) 955-5300<br>Email: docs@westwalaw.com<br>          robert@westwalaw.com<br>*Attorneys for Plaintiff* |

STIP AND ~~PROP~~ ORDER TO EXTEND THE
DISCOVERY MOTION DEADLINE (22-01024) - Page 2

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 48837676.1

# **ORDER**

Based on the foregoing Stipulation, it is hereby ORDERED that:

Discovery is extended for the purpose of deposing Mike Cunningham and the FRCP 30(b)(6) deposition of Defendant if needed. Both depositions will be completed no later than January 12, 2024.

Entered this 22nd day of November 2023.

_____
Tana Lin
United States District Judge

STIP AND ~~PROP~~ ORDER TO EXTEND THE
DISCOVERY MOTION DEADLINE (22-01024) - Page 3

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 48837676.1