UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN VANDERHEYDEN,<br><br>                    Plaintiff,<br><br>v.<br><br>ADT COMMERCIAL LLC,<br><br>                    Defendant. | CASE No. 2:22-cv-01024-TL<br><br>STIPULATION AND AGREED ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE WITH NO ATTORNEY FEE OR COST AWARD<br><br>**Clerk's Action Required** |

## I. STIPULATION

Pursuant to FRCP 41 (a)(1)(A)(ii), Plaintiff and Defendant hereby freely and voluntarily agree and stipulate that they have both settled this matter freely and voluntarily and there are no outstanding claims or issues remaining for this Court to resolve. Accordingly, they stipulate and agree that Plaintiff's Complaint should be dismissed with prejudice and without costs or attorney fees being awarded to either party.

DATED March 25, 2024.

STIPULATION OF DISMISSAL
No. 2:22-cv-01024-TL
- Page 1 of 3

WESTERN WASHINGTON
LAW GROUP, PLLC
10485 NE 6th Street, #1820
Bellevue, WA 98004
425.728.7296   Fax 425.955.5300

Stipulated and Agreed to by:

| | |
|---|---|
| WESTERN WASHINGTON LAW GROUP, PLLC | FISHER & PHILLIPS LLP |
| */s/ Dennis J. McGlothin* | */s/ Catharine Morisset*<br>*Per Email Permission.* |
| Dennis J. McGlothin, WSBA No. 28177<br>10485 NE 6th Street, #1820<br>Bellevue, WA 98004<br>Email: docs@westwalaw.com<br>Phone: (425) 728-7296<br>Attorney for Plaintiff | Catharine M. Morisset, No. 29682<br>Ryan R. Jones, No. 52566<br>1700 7th Avenue, Suite 2200<br>Seattle, WA 98101<br>Email: cmorisset@fisherphillips.com<br>         rrjones@fisherphillips.com<br>Phone: (206) 682-2308<br>Attorneys for Defendant |

## II. AGREED FINAL ORDER

This matter came before this Court upon the Parties' Stipulation (above). This Court reviewed the Parties' Stipulation and finds it was freely and voluntarily entered into by the Parties, through their respective counsel. The Court further finds the Parties' Stipulation does not contravene either Federal law or Washington State law and is not contrary to public policy. This court finds the Stipulation was fair and reasonable when it was entered into.

Accordingly, this Court adopts and confirms the Parties' Stipulation and hereby makes it a Final Order of this Court. Plaintiff's Complaint is dismissed with prejudice. Neither Plaintiff nor Defendant are awarded any attorney fees or costs. This Order is a Final Order terminating these proceedings. The Clerk of this Court is hereby directed to close this case and terminate these proceedings.

_____
The Honorable Tana Lin
U.S. District Court Judge

STIPULATION OF DISMISSAL
No. 2:22-cv-01024-TL
- Page 2 of 3

WESTERN WASHINGTON
LAW GROUP, PLLC
10485 NE 6th Street, #1820
Bellevue, WA 98004
425.728.7296   Fax 425.955.5300

Agreed to and Notice of Presentment Waived:

| WESTERN WASHINGTON | FISHER & PHILLIPS LLP |
| LAW GROUP, PLLC | |

*/s/ Dennis J. McGlothin* _____

*/s/ Catharine Morisset*
*Per Email Permission.*

Dennis J. McGlothin, WSBA No. 28177
10485 NE 6th Street, #1820
Bellevue, WA 98004
Email: docs@westwalaw.com
Phone: (425) 728-7296
Attorney for Plaintiff

Catharine M. Morisset, No. 29682
Ryan R. Jones, No. 52566
1700 7th Avenue, Suite 2200
Seattle, WA 98101
Email: cmorisset@fisherphillips.com
          rrjones@fisherphillips.com
Phone: (206) 682-2308
Attorneys for Defendant

STIPULATION OF DISMISSAL
No. 2:22-cv-01024-TL
- Page 3 of 3

WESTERN WASHINGTON
LAW GROUP, PLLC
10485 NE 6th Street, #1820
Bellevue, WA 98004
425.728.7296   Fax 425.955.5300